DAUKSCH, Judge.
We reverse the order modifying the final judgment in this marriage dissolution case because court-adopted property settlement agreements, as opposed to support provisions, are not subject to court-ordered modification. Draper v. Draper, 604 So.2d 946 (Fla. 2d DCA 1992); Kinne v. Kinne, 599 So.2d 191 (Fla. 2d DCA 1992); Agerskov v. Gabriel, 596 So.2d 1172 (Fla. 2d DCA 1992); McCallum v. McCallum, 577 So.2d 667 (Fla. 3d DCA 1991); O’Hara v. O’Hara, 564 So.2d 1230 (Fla. 2d DCA 1990); Kuhnke v. Kuhnke, 556 So.2d 1121 (Fla. 3d DCA 1989); Fahs v. Fahs, 517 So.2d 136 (Fla. 5th DCA 1987); Flanders v. Flanders, 516 So.2d 1090 (Fla. 5th DCA 1987); Stevens v. Stevens, 510 So.2d 332 (Fla. 2d DCA 1987); Hogshead v. Hogshead, 444 So.2d 74 (Fla. 5th DCA 1984); Bockoven v. Bockoven, 444 So.2d 30 (Fla. 5th DCA 1983).
REVERSED.
HARRIS and GRIFFIN, JJ„ concur.